1478

## MOTION DOCKET

**97–1792. State v. Loesser.**
Cuyahoga App. No. 71480. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay of execution of sentence and continuation of bail pending appeal,

IT IS ORDERED by the court that the motion for stay of execution of sentence and continuation of bail pending appeal be, and hereby is, granted.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

## DISCRETIONARY APPEALS NOT ALLOWED

**97–1720. In re Jane Doe 4.**
Butler App. No. CA97–08–0160. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion to seal record/document and motion to expedite appeal and argument.

IT IS ORDERED by the court that the motion to seal record/document and motion to expedite appeal be, and hereby are, granted.

F.E. SWEENEY, J., would deny the motion to expedite.

IT IS FURTHER ORDERED by the court that the court declines jurisdiction to hear the case and dismisses the appeal as not involving any substantial constitutional question.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**97–888. Schade v. Ohio Bur. of Workers' Comp.**
Cuyahoga App. No. 70950. This cause is pending before the court on the certification of conflict by the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due August 25, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**97–1689. Howard v. Chem. Mtge. Co.**
Lucas App. No. L–96–391. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due August 18, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*